NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3146

KATHERINE S. JOHNSON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

Charles E. Samuels, Samuels Law Firm, of Richmond, Virginia, argued for petitioner.

David A. Harrington, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  On the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.  Of counsel was Marla T. Conneely, Attorney; and Jo Ann Chabot, Office of Personnel Management, of Washington, DC.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3146

KATHERINE S. JOHNSON,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the      MERIT SYSTEMS PROTECTION BOARD

in CASE NO(S).      DC844E070415-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, RADER, and BRYSON, <u>Circuit Judges</u>).

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: <u>October 15, 2008</u>      <u>/s/ Jan Horbaly</u>

Jan Horbaly, Clerk